# In the United States Court of Federal Claims

No. 13-48 C

(Filed July 5, 2013)

```
* * * * * * * * * * * * * * * * * * * *
DYNAMICS RESEARCH            *
CORPORATION,                 *
                             *
            Plaintiff,       *
                             *
                             *
                             *
THE UNITED STATES,           *
                             *
            Defendant.       *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On July 3, 2013, defendant filed an Unopposed Motion for an Enlargement of Time of sixty days, to and including September 3, 2013, to file a response to the complaint.  For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge