# In the United States Court of Federal Claims

No. 13-48 C

(Filed August 30, 2013)

```
* * * * * * * * * * * * * * * * * * * *
DYNAMICS RESEARCH            *
CORPORATION,                 *
                             *
                             *
         Plaintiff,          *
                             *
                             *
                             *
THE UNITED STATES,           *
                             *
         Defendant.          *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On August 29, 2013, defendant filed an Unopposed Motion for an Enlargement of Time of fifty-nine days, to and including November 1, 2013, to file a response to the complaint. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge